liminary injunction issued and decree entered on the master's report for complainant. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Levisohn & Levisohn, for plaintiff in error. Morris K. Levinson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Vincent Milavich, appellee, v. William Hale Thompson, mayor, and Age Zylstra, city collector, appellants. Gen. No. 27,515.

Petition for mandamus to compel restoration of a license to operate a garage. Writ issued. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Samuel A. Ettelson, for appellants; Albert Henry Veeder, of counsel. Frank Comerford, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Sam Arado, appellee, v. White Construction Company and White Paving Company, appellants. Gen. No. 27,666.

Action for damages caused by the breaking of plaintiff's windows by crushed stone negligently dropped in the street by defendants' employees and thrown against the windows by a passing pneumatic tired vehicle. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Montgomery, Hart & Smith, for appellants; Irving Herriott, of counsel. Joseph H. Hinshaw, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

George W. Underwood, appellee, v. W. K. Young, appellant. Gen. No. 27,685.

Action for services in representing defendant before the board of review. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Robert M. Pierson, for appellant. Underwood, Stevens & Timm, for appellee; John S. Stevens, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

John H. Bach, administrator of the estate of Raymond H. Bach, deceased, appellant, v. Joseph Scholl, Sr., appellee. Gen. No. 27,704.

Action by appellant for negligent death caused by an automobile operated by defendants. Judgment for plaintiff against one defendant and that plaintiff take nothing as to the other defendant. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Walther & Lanaghen and Walter S. Hull, for appellant. Thomas F. Burke, for appellee; James V. Cunningham, of counsel.

Mr. Justice Matchett delivered the opinion of the court.